UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ANTON MCCULLOUGH,  :

    Plaintiff  :  CIVIL ACTION NO. 3:21-0279

v.  :  (JUDGE MANNION)

KEVIN RANSOM, et al.,  :

    Defendants  :

# ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Defendants' motions to dismiss (Docs. 19, 22) are **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Plaintiff's motion for appointment of counsel (Doc. 26) is **DISMISSED** as moot.

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: March 17, 2022
21-0279-01-ORDER